IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CLARA SKINNER                                                                                                    PLAINTIFF

VS.                                            CASE NO. 08-CV-1044

LIFE INSURANCE COMPANY
OF NORTH AMERICA and
LOCKHEED MARTIN CORPORATION
LONG TERM DISABILITY PLAN                                                                    DEFENDANTS

**ORDER**

      Plaintiff Clara Skinner filed a complaint against Defendants Life Insurance Company of North America ("LINA") and Lockheed Martin Corporation Group Benefits Plan[1] pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq*., alleging that LINA breached its fiduciary duty to Plaintiff when it terminated her long term disability benefits.  This matter is now before the Court on Plaintiff's Motion for Summary Judgment. (Doc. 14).  Defendants have responded. (Doc. 18). Plaintiff has filed a reply to Defendants' response.  (Doc. 21).

      For the reasons stated in the Memorandum Opinion of even date, the Court finds that LINA did not abuse its discretion in denying Plaintiff's long term disability benefits under the Lockheed Martin Corporation Group Benefits Plan. Therefore, Plaintiff's claims against Defendants  LINA and  Lockheed Martin Corporation Group Benefits Plan are dismissed with prejudice.  An order of even date, consistent with this opinion, shall issue.

      IT IS SO ORDERED, on this 29th day of September, 2009.

                                                         /s/ Harry F. Barnes
                                                        Hon. Harry F. Barnes
                                                        United States District Judge

---

[1] Plaintiff identified Separate Defendant as Lockheed Martin Long Term Disability Plan in the Complaint; however, in its Answer, Separate Defendant noted that it was incorrectly identified and that its correct name is Lockheed Martin Corporation Group Benefits Plan.  Thus, the Court will refer to Separate Defendant as Lockheed Martin Corporation Group Benefits Plan.